UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Samuel Love**, | CV 18-0872-DSF-KSx |
| Plaintiff, | Default Judgment |
| v. | |
| **Hector David Gutierrez**; **Jose A. Gutierrez**; **D & A Auto Sales**, a California Corporation; and Does 1-10, | |
| Defendants. | |

It is ordered and adjudged that Plaintiff Samuel Love shall have judgment in his favor in the amount of $7,682.50 against Defendants Hector David Gutierrez, Jose A. Gutierrez, and D & A Auto Sales.

Additionally, Defendants Hector David Gutierrez, Jose A. Gutierrez and D & A Auto Sales are ordered to provide a compliant accessible parking space at the property located at or about 19060 Valley Blvd., Bloomington, California, in compliance with the Americans with Disabilities Act Accessibility Guidelines.

IT IS SO ORDERED.

Date: October 29, 2018

*Dale S. Fischer*

Dale S. Fischer
United States District Judge