UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   ED CV 18-0872-DSF (KSx)                              Date: July 31, 2019
Title   *Samuel Love v. Hector David Gutierrez et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

|           Gay Roberson           |           N/A           |
|:--------------------------------:|:-----------------------:|
|           Deputy Clerk           | Court Reporter / Recorder |

Attorneys Present for Creditor:                Attorneys Present for Debtor:


**Proceedings: (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO APPEAR FOR JUDGMENT DEBTOR EXAMINATION**

      On June 5, 2019, Judgment Debtor, Hector David Gutierrez failed to appear for the Judgment Debtor Examination. (Dkt No. 33.) The Court is now in receipt of Plaintiff's Proposed Certification of Fact of Contempt filed on July 23, 2019. (Dkt. No. 34.)

      Accordingly, Mr. Gutierrez is **ORDERED TO SHOW CAUSE and appear on August 22, 2019 at 2:00 p.m., at the Roybal Federal Building, Courtroom 580, 5th Floor, 255 East Temple street, Los Angeles, California, 90012,** as to why the Court should not issue an order for civil contempt and require Mr. Gutierrez to pay the judgment creditor's reasonable expenses and fees incurred in appearing for the judgement debtor examination. Mr. Gutierrez may discharge the Order to Show Cause by filing on or before August 15, 2019 a brief statement (no more than 3 pages) signed under oath explaining why he failed to appear on June 5, 2019. To the extent possible, Mr. Gutierrez shall support any factual allegations in his response with competent evidence.

      **A failure to timely respond to this Order and establish good cause for his failure to appear for the Judgment Debtor Examination <u>will</u> result in a certification of fact against Mr. Gutierrez for an order of contempt of court and an order to pay the reasonable attorney fees incurred by the judgment creditor in connection with appearing for the examination.**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   ED CV 18-0872-DSF (KSx) | Date: July 31, 2019 |
| Title   *Samuel Love v. Hector David Gutierrez et al.* | |

     Further, the Clerk is directed to send a copy of this Order via Certified Mail (with return receipt) to Mr. Gutierrez at the address provided on the Proof of service filed by Plaintiff Samuel Love on May 17, 2019. (Dkt. No. 32.)

**IT IS SO ORDERED**.

|  | : |
|---|---|
| **Initials of Preparer** | gr |